United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-13949-pmm

Arlene M. Brockel                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 25, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

**Recip ID**          **Recipient Name and Address**
db                      +  Arlene M. Brockel, 712 Prospect Avenue, Bethlehem, PA 18018-5322

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor PINGORA LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | |
| | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | |
| | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| STEPHEN J. PALOPOLI, III | |
| | on behalf of Debtor Arlene M. Brockel s.palopoli@verizon.net  betsylavelle@yahoo.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                           : Chapter 7

Arlene M. Brockel                                    : Case No. 20‒13949‒pmm
            Debtor(s)

***ORDER***

_____

AND NOW, this day , January 25, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

17
Form 195